

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00126-CR

Albino **CEDILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0019-CR
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, Cedillo's challenge to the aggravated sexual assault of a child count is DISMISSED for want of jurisdiction and the remainder of the judgment of the trial court is AFFIRMED.

SIGNED September 13, 2023.

_____
Rebeca C. Martinez, Chief Justice